IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

|  |  |
|---|---|
| SUZANNE STAFFORD,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  CASE NO. CV422-158<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## O R D E R

Before the Court is Plaintiff Suzanne Stafford's Notice of Dismissal as to Defendant Experian Information Solutions, Inc. (Doc. 16.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Because Defendant Experian has filed neither an answer nor a motion for summary judgment in this case, Plaintiff's request (Doc. 16) is **GRANTED**. Here, Plaintiff has requested a dismissal with prejudice. (Id.) Accordingly, Defendant Experian is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** amend the case caption to remove Defendant Experian as a defendant in this case.

SO ORDERED this 27th day of September 2022.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA